SHERRY RADACK
  CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
RUSSELL LLOYD
JENNIFER CAUGHEY
  JUSTICES

CHRISTOPHER A. PRINE
CLERK OF THE COURT

JANET WILLIAMS
  CHIEF STAFF ATTORNEY

PHONE: 713-274-2700

www.txcourts.gov/1stcoa.aspx



# Court of Appeals
# First District of Texas
## 301 Fannin Street
## Houston, Texas 77002-2066

November 27, 2018

Anabel King
Wauson Probus
One Sugar Creek Center Blvd Ste 880
Sugar Land, TX 77478-3557
* DELIVERED VIA E-MAIL *

Donald L. Turbyfill
Devlin, Naylor & Turbyfill, P.L.L.C.
5120 Woodway Ste 9000
Houston, TX 77056
* DELIVERED VIA E-MAIL *

John Wesley Wauson
Wauson & Probus
One Sugar Creek Center Blvd., Ste 880
Sugar Land, TX 77478
* DELIVERED VIA E-MAIL *

RE:   **Court of Appeals Number:** 01-18-00575-CV
       **Trial Court Case Number:** CI57283

**Style:** Big City Cars Sales, L.L.C. and Mukesh Mansukhani v. Veros Credit, L.L.C.

     We substitute this page 1 of the opinion to correctly reflect the appellee as "Veros Credit, L.L.C." No substantive changes to the opinion have been made.

Sincerely,

Christopher A. Prine, Clerk of the Court